**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6656**

———————

CHARLES GWYN PAFFORD,

                    Petitioner - Appellant,

        versus

RONALD ANGELONE; DANIEL T. MAHON,

                    Respondents - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.
(CA-95-1229-R)

———————

Submitted:  July 23, 1996          Decided:  August 6, 1996

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Charles Gwyn Pafford, Appellant Pro Se.  Wirt Peebles Marks, IV, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his habeas corpus petition, 28 U.S.C. § 2254 (1988), as amended by Act of Apr. 24, 1996, 29 U.S.C. § 2254 (Law Co-op. Advance Sheet June 1996). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal; to the extent that a certificate of appealability is required, we deny such a certificate. We dismiss on the reasoning of the district court. Pafford v. Angelone, No. CA-95-1229-R (W.D. Va. Apr. 4, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2